IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MELISSA MOODY CROSS; COURTNEY
TURNER; PAITON TURNER; BETHANY
CROSS; and HUNTER CROSS                                            PLAINTIFFS

v.                              No. 3:20-cv-24-DPM

KATRINA CROSS; WEAVER, Judge; HOLY
MEYERS; CHANEY TAYLOR; ELEMBAUGH,
Mayor; and DOES, Owners of Custom Crafts,
DHS, Mayor's wife, City Hall, School System,
Custom Crafts Poultry                                              DEFENDANTS

## ORDER

This case is related to 1:17-cv-21-BSM. GEN. ORDER NO. 39(b)(5). The Court therefore directs the Clerk to reassign this case to Judge Miller.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 January 2020