# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MELISSA MOODY CROSS**                                                      **PLAINTIFF**

v.                              **CASE NO. 3:20-CV-00024 BSM**

**KATRINA CROSS, et al.**                                                    **DEFENDANTS**

# ORDER

Melissa Cross's *pro se* complaint [Doc. No. 2] is dismissed *sua sponte* for failure to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6). To meet the 12(b)(6) standard, a complaint must allege sufficient facts to entitle the plaintiff to the relief sought. *See Ashcroft v. Iqbal*, 556 U.S. 662, 663 (2009).

Cross's complaint alleges employment discrimination, but she does not indicate whether her race, color, sex, religion, or national origin motivated any alleged employment actions. *See* Compl. ¶ 8. *Fields v. Shelter Mut. Ins. Co.*, 520 F.3d 859, 864 (8th Cir. 2008). Further, Cross states that she has failed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC"), but the EEOC has not issued her a right-to-sue letter. *Id.* at ¶¶ 6–7. *See Cottrill v. MFA, Inc.*, 443 F.3d 629, 634 (8th Cir. 2005) (right-to-sue letter required).

Finally, Cross complaint alleges that she was "harassed" and "scammed," but she has provided no details to support these allegations. *See* Compl. ¶¶ 8–9. The tenet that all allegations in a complaint must be accepted as true does not apply to legal conclusions. *Ashcroft,* 566 U.S. at 663. Accordingly, Cross's complaint is dismissed without prejudice.

Her motion to proceed *in forma pauperis* [Doc. No. 1] is denied.

IT IS SO ORDERED this 10th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE