**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MELISSA MOODY CROSS**                                                          **PLAINTIFF**

**v.**                          **CASE NO. 3:20-CV-00024 BSM**

**KATRINA CROSS, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE