IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MELISSA MOODY CROSS**                                                          **PLAINTIFF**

v.                                      **CASE NO. 3:20-CV-00024 BSM**

**KATRINA CROSS, et al.**                                                        **DEFENDANTS**

## ORDER

Melissa Cross's letter [Doc. No. 13] is construed as a motion for reconsideration. After careful consideration, the motion is denied.

IT IS SO ORDERED this 27th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE